1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GUILLERMO RAMIREZ,

            Petitioner,

     v.

LELAND McEWEN, Warden,

          Respondent.

Case No. CV 12-6688-RGK (LAL)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY**

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

      Petitioner's Objections generally lack merit for the reasons set forth in the Report and Recommendation.

      Accordingly, IT IS ORDERED THAT:

      1.     The Report and Recommendation is approved and accepted;

      2.     Judgment be entered denying the Petition and dismissing this action with prejudice; and

3.      The Clerk serve copies of this Order on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.[1]  Thus, the Court declines to issue a certificate of appealability.


DATED:  January 15, 2016

_____

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

---

[1] See 28 U.S.C. § 2253; Fed. R. App. P. 22(b); Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S. Ct. 1029, 154 L. Ed. 2d 931 (2003).