**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUILLERMO RAMIREZ,<br><br>           Petitioner,<br><br>     v.<br><br>LELAND McEWEN, Warden,<br><br>           Respondent. | Case No. CV 12-6688-RGK (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  January 15, 2016

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

-1-